1114

No. 10–7021. COSTLEY v. SOCIAL SECURITY ADMINISTRATION. C. A. 5th Cir. Certiorari denied.

No. 10–7031. WOMBLE v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. 

No. 10–7032. MOORE v. JONES ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–7033. PORDASH v. BEIGHTLER, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 10–7044. WEBB v. PALMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 10–7068. MAHLER ET VIR v. COUNTY OF HAWAII, REAL PROPERTY TAX DIVISION. Int. Ct. App. Haw. Certiorari denied. 

No. 10–7099. EDWARDS v. HILL, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7136. WELLS v. CAMPBELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 10–7153. HARRIS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–7185. O'NEAL v. BUCKNER ET AL. Super. Ct. Fulton County, Ga. Certiorari denied.

No. 10–7194. PINSON v. PACHECO ET AL. C. A. 10th Cir. Certiorari denied. 

No. 10–7198. MORSE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 10–7227. BARKLEY v. GLOVER, ADMINISTRATOR, NORTHERN STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 10–7230. SMITH v. HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 10–7246. BARRY ET UX. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.